DATE: 8-22-2023

LEROY HILBERTO ZUBIATE
~~701 N 14th ST.~~
LAMESA TX. 79331

## 5:23-CV-00196-H

AUG 28 2023 AM 8:29
FILED - USDC - NDTX - LU

TODAY AUG, 21, 2023 MY NAME IS LEROY HILBERTO ZUBIATE AND I AM ASKING THAT THIS BE USED FOR A LAW SUE AGAINST GOOGLE, MOTOROLA, ~~AND IPHONE~~ I-PHONE APPLE, AND CRICKET WIRELESS, AND INTER NET AND WIFI! THIS IS ABOVE A FEDERAL SUE BECAUSE INTERNET IS WORLD WIDE HOWEVER, IT IS ALSO FEDERAL BECAUSE IT CROSSES STATE LINES AND OTHER COUNTRYS!

THIS ~~SU LAW~~ LAW SUE IS FOR THE ABOVE NOT KEEPING THINGS PRIVATE OR CONFIDENTIAL FOR FIRST 2 AND 3RD PARTYS AND ALL BY VIOLATING "TEXAS PENAL CODE 33.02 FELONY 1 BREACH OF COMPUTER SECURITY". ALSO USING THE STOLEN DATA FOR GAMBLING DEVICE TEXAS PENAL CODE 46.06, TEXAS PENAL CODE 47.03 GAMBLING PROMOTION, AND TEXAS PENAL CODE 47.05 GAMBLING COMMUNICATING INFORMATION. CIVIL RIGHTS VIOLATION, PRIVACY, AND FEDERAL, INTERNATIONAL LAWS VIOLATION BECAUSE OF THE BREACH OF COMPUTER SECURITY TPC. 33.02 F1 I WAS A VICTIM OF HARASSMENT TEXAS PENAL CODE 42.07, AND "IDENITY THEFT" TEXAS PENAL CODE 32.51 FELONY 1. ALSO THE COMPANYS STATED ABOVE AND ALSO NOVA WI-FI VIOLATED TEXAS PENAL CODE 38.152 FELONY FOR INTERFERENCE W/RADIO FREQUENCY. THAT IS ALSO THEFT OF SERVICES, RETAIL THEFT DEVICES, AND TRASS PAS TEXAS PENAL CODES 31.04 FELONY 1, &T.P.C. 31.15, T.P.C. 30.05.

ALL OF THIS ABOVE WAS ALSO USED ~~FROM THE~~ AS ~~ORGANIZE~~ ORGANIZED CRIME ~~FROM~~ THE PARTYS STATED ABOVE GOOGLE, MOTOROLA, APPLE I-PHONE XR AND CRICKET WIRELESS, INTERNET, AND NOVA WIFI AND OTHER WI-FI SUPPLYERS. WHICH IS A VIOLATION OF CIVIL, FEDERAL, CRIMINAL LAWS SUCH AS "ORGANIZED CRIME" AND VIOLATION OF TEXAS PENAL CODE (TPC) 22.04 FELONY 1 INJURY TO CHILD, ELDERLY, INDIVIDUAL OR DISABLED INDIVIDUAL VIOLATION ~~OF INTERNATIONAL~~ ~~LAW~~ INTERNATIONAL LAW

1 OF 7

THIS ALSO ALL ABOVE HAS ME LEROY H. ZUBIATE MY MOTHER, YOLANDA VERA, MY SON LEROY EL-REY HILBERTO ZUBIATE JR. AND MY BROTHER JOSE ALBERTO GALLEGOS AND FERNANDO BAKENS AS VICTUMS OF TEXAS PENAL CODES 22.02 FELONY 1 AGGRAVATED ASSAULT, AND ALSO AGGRAVATED ASSAULT SEXUAL ASSAULT 22.02 FELONY 1, ALSO, PROPERTY DAMAGES, TRESPASSING.

BECAUSE OF THIS ABOVE, NOW OTHER TECHNOLOGYS HAVE GOT CARRIED AWAY AND TORCHERED US! ALSO MANY OTHER TOO! I HAVE A COOPLE OF OTHER SIGNITURES FROM MANY OTHER VICTUMS!, THAT HAVE ALSO EXPIRIENCED THE SAME EXACT TORCHER AND ARE ALSO VICTUMS AND HAVE BEEN GOING THROUGH THE SAME AS MY FAMILY TOO! INVATION OF PRIVAT PROPTY! I FILL HONESTLY, THAT PAROLE BOARD OF AUSTIN TEXAS ALSO HAS TO DO WITH THE ABOVE STATED BECAUSE OF THE SPECIAL CONDITIONS (P, S, SISP, V2, 0.01, 0.03, 0.22 ANKLE MONITOR. I HAVE NO SEX CHARGES AND AM BEING FORCED TO HAVE ANKLE MONITOR. ONE PIECE TRACKING DEVICE SERIAL # 34577532 SID # 07825422 LEROY HILBERT ZUBIATE. OTHER VIOLATION #'s VR#33019596 / VR#32953991 / VR#32 949628 VIOLATION RULES 8,9,9,1,8,8,8,8 / VR#33080291 DATE 01-25-2023 AND TEXAS DEPARTMENT OF CRIMINAL JUSTICE TDCJ REGION V- MIDLAND PAROLE SID#07825422 FROM ATTENTI (1 PICE TD4 VZ LTE) DEACTIVA AS TO SELLING INFORMATION FROM THE DIVICE AND MANY OTHER ORGANIZED CRIMES. ALSO USING MY FBI # 644441EC8 FOR OTHER FEDERAL AND INTERNATIONAL ORGANIZED CRIME, BY FBI AND TEXAS STATE,!

ALSO PRISON ENTREPRENURE PROGRAM FROM TDCJ PRIVATE UNIT OF MTC IN CLEAVLAND TEXAS, ALSO, HAVE TO DO WITH ALL THE ABOVE STATED. ALSO U.S. SYLICA SAND TECHNOLOGYS

# STATMENT OF FACTS

ON OCTOBER 4th 2021 I LEROY HILBERTO ZUBIATE WAS PLACED ON ANKLE MONITOR 1 PICE TD4 V2 LTE. AFTER THIS I DID GOOD FROM THAT DAY TILL JUNE 7th THAT 2022 I WAS SUPPOSED TO HAVE ANKLE MONITOR REMOVED ON APRIL 4th 2022 AND INSTEAD ON JUNE 7th 2022 I STARTED TO NOTICE MY PHONE BEING HACKED AND ALL ELECTRONICS IN MY HOME AT 301 NE 4th ST. LAMESA TX. 79331. I STRONGLY BELIEVE THAT ALOT OF MY PRIVATE INFORMATION WAS SOLD THROUGH BLACK MARKET IN OTHER COUNTRYS INCLUDING U.S.A. EVERYTIME I WAS ON PHONE I WAS HARRASSED AND THREATEND TO LOSE ALL MY FAMILY. MY BROTHER JOSE ALBERTO IS A VICTUM OF THIS AND ALL WHO LIVE AND COME TO MY HOME. I HAVE HAD SOME KIND OF TECHNOLOGY THAT USES GASES TO TORCHER ME AND MY FAMILY ALSO THE ELECTRICAL COMPANYS USE ELECTRICITY TO DO WRONG TO ME AND MANY OTHER VICTUMS A SECRET TECHNOLOGY OF TELEPORTATION WAS ALSO USED TO TORCHER SPY AND STEAL INFORMATION OUT OF MY PROPERTY AND OUR BODYS. I WOULD FILL SWORDS GOING THROUGH MY BODY AND SOMETIMES SQUIZING BODY PARTS ORGANS HEART AS OF TO CAUSE PRESSUR AND TO TORCHER ME AND FAMILY. ALOT OF THE HOUSE HOLD PRODUCTS WHER DESTROYED AND TECHNOLOGY IN HOME FRIED INCLUDING WIFI AND GAME SYSTEMS OF MY SON JR. RADIO FREQUENCIS WHER USED TO DO ORGANIZED CRIME BY TELLING ME TO DO THINGS I WOULD NEVER DO SUCH AS TO KILL 7 OF MY FAMILY MEMBERS AND ALSO THINGS OF MY BODY WERE WERE STOLEN OR DESTROYED I GET PAINS ON MY LEFT TESTICLE AND IN MY BRAIN ALSO. I AM TOLD

3. OF 7

LEROY HILBERT ZUBIATE

I AM TOLD THAT I HAVE A TUMOR IN MY LEFT SIDE BRAIN IN HEAD BEHIND MY EAR. I RESEARCHED AND FOUND OUT THAT THAT COMES FROM GALVISTON UTMB CAT SCAN FROM CHIMICLES PUMPED INTO MY BLOOD VAINS. AT NIGHTS OR IN DAY I FELT GASES USED AS A TECHNOLOGY TO GO IN AND OUT OF MY RECTUM AND IT HAS BEEN GOING ON SINCE JUNE 7th 2022 TILL NOW THAT IS AGG RAPE. I ASK THAT YOU PLEASE BE PATIENT AND EQKNOLEGE THE TRUTH SORRY FOR THE POOR UNPROFESSINAL WRITTING AND MISS PELLING. HOWEVER PLEASE DO NOT THINK I AM CRAZY BECAUSE I AM FAR FROM THAT. RIGHT NOW MY MIND IS VERY GOOD AND ACCURATE. I DO HAVE MY G.E.D. AND AN I.Q. of 97 I AM VERY SMART BUT AS I WAS SAYING I DON'T KNOW IF I AM VERY SPECIAL BUT I SEEN THE GASSES STILL WHITE SMALL LIGHTS FROM THE CORE OF MY CHEST I WILL STOP TALKING ABOUT THAT SO YOU DON'T THINK IM CRAZY IM SORRY.

IN THE INTERNET SUCH AS TIC-TOK I WAS TOLD I WAS A WHITE SOUL AND ALOT OF HATFUL NAME CALLING SUCH AS A TROLL. I RESEARCHED WHAT THAT MENT AND IT STATED THAT IF I DID NOT CONFESS THAT IT WOULD KILL MY FAMILY. ON ONE TIME I WAS TAKEN TO MY PAROLE VISIT IN MIDLAND AND I WAS PUT IN JAIL AND MY MOTHERS CAR WAS HIT FROM BEHIND CAUSING BACK INJURYS TO MY MOTHER. THER IS SO MUCH MORE THAT HAS CAUSED THREATS AND PROBLEMS ALSO PAIN AND SUFFERING TO MY MOTHER BROTHERS AND FAMILY SUCH AS CUT OF FINGERS AND ECT. I ALSO HAVE MANY SCARES ON MY BODY GALP IN MY BROTHERS FOOT CAUSED BY THE

4 OF 7

LEROY HILBERTO ZUBIATE

TECHNOLOGY USED. GRAVITATIONAL PULL OF ELEMENTS FROM MY BODY, AND FROM ~~OTHER~~ OUR HOME AND LAND CAUSED BY U.S. SILICA AND OTHER TECHNOLOGYS. THIS ALL HAS TO BE INVESTIGATED TO SEE HOLOWS AND THINGS IN MY LAND, HOME, BODY, FAMALY, AND MORE. PRESICUS METALS STOLEN FROM MY HOME AND MY CAR HAS ALOT OF TECHNICA PROBLEMS CAUSED BY HACKERS AND OTHER TECHNOLOGYS COMBINED AS A TEAM THAT PARTICIPATE IN ORGANIZED CRIME THROU SATALITES ALSO AND MUCH MORE. ~~OR TRUE~~

IN GOOGLE PLAY STORE APPS ARE USED TO SPY ON US AND ON U.S. CITIZENS OF THE UNITED STATE. THE APPS ARE SAID TO DO THINGS BUT ARE USED TO SPY, HACK, COLLECT TRANSPORT AND SAVE DATA TECHNOLOGY AND MANY OTHER THINGS THAT ALL APPS DO. CELL PHONE CAM ALSO SPYS ON US AND OTHER ELECTRONIC HOME TECHNOLOGY IS USED BY APPS HACKERS AND INTERNET, GOOGLE, WI-FI, HACKERS, AND COMPANIES.

PLEASE DO NOT IGNORE THIS, HELP ME I AM HONEST TRUTHFUL AND I HAVE MANY SCARES FROM AL THIS THAT I SPEAK ABOUT ON MY BODY, MY MOTHERS BONES HEART HER VISION IS NOT RIGHT I WAS PUNISHED WITH PEPPER SPRAY AND MUCH MORE PLEASE HELP ME OPEN THIS LAW SUE AND FOR INVESTIGATION TO START I WILL ALOW MY BODY TO BE INVESTIGATED FOR PROVE OF ALL ILLEGAL ACTIVITY THAT IS IN MY BODY, MIND, SOUL, SPIRIT, HOME, FAMILY, AND LOVED ONES AND VICTUMS OF THIS ALSO. I WANT TO CONTINUE TO GET MORE VICTUMS SIGNATURES FOR PROVE OF TRUTH OF WHAT I SPEAK.

5 OF 7

Leroy Hilberto Zubiate

FURTHER MORE I HAVE PHONES AND OTHER TECK THAT I CAN HAVE TESTS DONE I AND MY FAMILY HAVE BEEN VICTUMS OF RADIATION CAUSED BY THE ELECRICITY AND THAT CAN BE TESTED IN MY BLOOD DNA AND OTHER BODY PARTS, ~~FECES~~, FLUIDS, MY BONES WILL SHOW FRACTURES CAUSED BY THEM ALL AND MUCH MORE. OUR TECHNOLOGY WILL SHOW ROUTERS OF WHO ALL HAS BEEN USING OUR PRIVATELY OWNED TECHNOLOGYS AND PRIVACY THAT WAS EXPOSED FROM HACKERS AND THE ABOVE THAT I HAVE SAID. I AM NOT AFRAID OF ANYONE BUT I WAS TOLD THROUGH TECHNOLOGY THAT IF I WON THIS THAT I WOULD BE KILLED AND THAT IS A THREAT THAT I AM NOT AFRAID OF. I RESPECTFULLY ASK THAT YOU FILE THIS FOR ME BECAUSE I AM TIERED OF THE TORCHER AND NEED TO HAVE THIS ALL INVESTIGATED PLEASE I CANT CONTINUE ALL MY LIFE BEING TORCHERED EVEN IN JAIL I STILL GET TORCHERED. ALOT OF MY INFORMATION IS BEING SOLD THROUGH ELECTRONICS IN BLACK MARKET AND OTHER DEVICES. I SEEN VIDIOS OF MY BROTHER BEIN SECRETLY RECORDED AND SHOWN IN YOUTUBE AND ALOT OF OTHER WEB SITES. FACEBOOK, INSTAGRAM, G MAIL ACCOUNTS, I CLOUD, GOOGLE CLOUD, MICO APP, AND MANY OTHER APPS ITS SO HARD TO MISS THE TRUTH. I PROMISE TO MY FATHER GOD THIS IS ALL TRUE AND CORRECT TO THE BEST OF MY KNOWLEGE. MOTOROLA G-POWER 2021 AND OTHER DEVICES, TVs BLUETOOTH, ECT. SUCH AS THE MUSIC INDUSTRY IS ALSO ORGANIZED CRIME CAUSED BY THEM. VIOLATION OF INTERNATIONAL LAWS, ALL THE ABOVE

RESPECTFULLY SUBMITTED
PRO SE, LEROY HILBERTO ZUBIATE

401 SOUTH 2ND
LAMESA TX. 79331

6 OF 7

AVAILABILITY OF ALL WITNESSES

THIS IS STIL OPEN FOR MORE WITNESSES THAT HAVE BEEN VICTUMS!

WE ARE ALL VICTUMS AND OR WITNESSES OF STATED ABOVE

1. LEROY HILBERTO ZUBIATE
301 NE 4th STREET
LAMESA TEXAS 79331
PRO SE,

5. Jayden Hope
808 Heartford. Dr
LAMESA Texas 79331
Jayden Hope
Joe Edward Russ
1001 N 6th St Lamesa TX
79331

2. JOEL JOSE ALBERTO
GALLEGOS 301 NE 4th
STREET LAMESA, Tx. 79331

4.
LEROY EL-REY HILBERTO ZUBIATE
JR. 301 NE 4th ST.
LAMESA Tx. 79331

3. YOLANDA VERA
301 NE 4th St
LAMESA TEXAS 79331

6. Curtis Calloway
511 South 7th
Lamesa Tx 79331



LeRoy Hilberto Zúñiga
Dawson Co. Sheriffs Jail
401 South 2ND St.
Lamesa, Tx. 79331

INMATE
CORRESPONDENCE

LEGAL MAIL

LUBBOCK TX 794
23 AUG 2023 PM 1 L

USA ★ FOREVER ★

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave., Room 209
Lubbock, Tx. 79401

RECEIVED
AUG 28 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79401—402759



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

LEGAL MAIL.