UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LEROY HILBERTO ZUBIATE,
Institutional ID No. 01944643

    Plaintiff,

v.

GOOGLE, *et al.*,

    Defendants.

No. 5:23-CV-00196-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed with prejudice as frivolous and for failure to state a claim.

Dated October 20, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge